UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN HAYDEL, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-3032 |
| HEALTHSMART BENEFIT SOLUTIONS, INC., ET AL | SECTION "C" (3) |

ORDER

IT IS ORDERED that the motion requesting admission *pro hac vice* filed by defendant as to M. Forest Nelson is DENIED WITHOUT PREJUDICE.  (Rec. Doc. 7).

Under LR83.2.6E:

> The motion must have attached to it a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where he or she has been so admitted to practice, showing that the applicant attorney has been so admitted in such court, and that he or she is in good standing therein.

A certificate from  State Bar of Texas has been submitted.

New Orleans, Louisiana, this 8th of June, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE