## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN HAYDEL, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 08-3932 |
| HEALTHSMART BENEFIT SOLUTIONS, INC. f/k/a AMERICAN ADMINISTRATIVE GROUP, INC. | SECTION: "C" 3 |

### J U D G M E N T

Considering the Court having granted the defendant's motion to dismiss; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant Healthsmart Benefit Solutions, Inc. and against plaintiffs Glenn Haydel and Lillian Haydel, DISMISSING plaintiffs' complaint with prejudice.

New Orleans, Louisiana, this 31st day of August 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE