UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLEN HAYDEL | * | CIVIL ACTION NO. 09-3032 |
| and LILLIAN HAYDEL | * | |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| HEALTHSMART BENEFIT | * | MAG. DIV (3) |
| SOLUTIONS, INC. f/k/a AMERICAN | * | |
| ADMINISTRATIVE GROUP, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, come defendants, Transit Management of Southeast Louisiana, Inc. ("TMSEL") and the Regional Transit Authority of New Orleans ("RTA"), who request notice of all filings of pleadings, judgments, orders, and the fixing of trial date, pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
TERRILL W. BOYKIN (#18132)
KRISTE TALTON UTLEY (#25268)
LORI A. WATERS (#29636)
SHAUNDRA M. WESTERHOFF (#32007)
**BOYKIN & EHRET**
A Professional Law Corporation
400 Poydras Street, Ste. 1540
New Orleans, LA 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and all non-CM/ECF participants were otherwise served by facsimile transmission and/or by U.S. Mail, properly addressed and postage prepaid this 23rd day of Oct, 2009.

_____
**KRISTE TALTON UTLEY**